NEWPORT TRIAL GROUP
Scott J. Ferrell, Bar No. 202091
Roger E. Borg, Bar No. 117765
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
sferrell@trialnewport.com
rborg@trialnewport.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KAREN JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; RYOBI LTD; and DOES 1-250, Inclusive,<br><br>  Defendants. | Case No. 2:10-cv-01293-MCE-EFB<br><br>Judge Morrison C. England, Jr.<br>Magistrate Judge Edmund F. Brennan<br><br>**STIPULATION TO CONTINUE HEARINGS OF MOTION TO TRANSFER AND MOTION TO DISMISS; ORDER** |

Plaintiff Karen Johnson ("Plaintiff") and Defendant Techtronic Industries North America, Inc. ("Techtronic"), by and through their attorneys of record, state as follows:

## RECITALS

1. On August 16, 2010, Techtronic filed and served a Motion to Transfer Venue to the United States District Court for the District of South Carolina, and a Motion to Dismiss (collectively, the "Motions"), with the Motions being set for hearing in this Court on October 14, 2010.

2. Pursuant to Local Rule 230(c), Plaintiff's papers in opposition to the Motions would be due on September 30, 2010, 14 days prior to the hearing date.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff and Techtronic have commenced settlement discussions and are working toward a possible resolution of this matter.

4. In order to facilitate the settlement discussions and permit the parties to explore whether the matter may be resolved without further litigation, the parties have agreed to continue the hearing of the Motions to a date not sooner than November 4, 2010.

NOW, THEREFORE, the parties hereto stipulate as follows:

## **STIPULATION**

The hearing of the Motions shall be continued to a date not sooner than November 4, 2010.

Dated:  September 29, 2010         NEWPORT TRIAL GROUP


By: */s/ Scott J. Ferrell*
    Scott J. Ferrell

Attorneys for Plaintiff Karen Johnson

Dated:  September 29, 2010         HOWREY LLP


By: */s/ Jason C. White*
    Jason C. White

Attorneys for Defendant Techtronic Industries North America, Inc.


**[PROPOSED ORDER ON NEXT PAGE]**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

GOOD CAUSE APPEARING THERFOR,

The hearings of the pending Motion to Transfer Venue to the United States District Court for the District of South Carolina (ECF No. 14), and Motion to Dismiss (ECF No. 16) shall be continued to November 18, 2010 at 2:00 p.m. in Courtroom 7.

**IT IS SO ORDERED.**

Dated: October 1, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com