UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JOHNSON, | No. 2:10-CV-01293-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., et al., | |
| Defendants. | |

On January 6, 2011, Plaintiff filed a Notice of Voluntary Dismissal, stating that Plaintiff voluntarily dismissed the entire with prejudice as to all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Based on the Notice of Voluntary Dismissal (ECF No. 39), it is HEREBY ORDERED that:

1. This case is DISMISSED WITH PREJUDICE; and
2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 20, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT